IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MORRONE'S WATER ICE, INC., et al. | : | NO. 02-3720 |

<u>ORDER</u>

AND NOW, this 5th day of September, 2002, it is hereby

ORDERED

that a settlement conference in the above-captioned case is set for **Tuesday, September 17, 2002 at 1:00 p.m.**, before the undersigned in Chambers, Third Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

**Counsel for the Federal Trade Commission must attend in person unless excused by the court in writing.**

**Supervisory Personnel for the Federal Trade Commission must be available by telephone with full authority to settle the above-captioned case.**

Failure to comply with this directive may result in the imposition of sanctions.

BY THE COURT:

_____
THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jan E. DuBois
    Frank Breitman, Esquire
    Debora A. O'Neill, Esquire
    Russell Deitch, Esquire
    (Via U.S. Mail)