IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| **MORRONE'S WATER ICE, INC,** : | NO. 02-3720 |
| a Pennsylvania Corporation; : | |
| **FRANCHISE CONSULTANTS** : | |
| **CORPORATION,** a Pennsylvania : | |
| corporation, d/b/a, **FRANCHISE** : | |
| **CONSULTANTS GROUP;** : | |
| **ICE AMERICA CORPORATION,** : | |
| a Pennsylvania corporation; : | |
| **WATER ICE SYSTEMS, INC.,** : | |
| A Pennsylvania corporation; : | |
| **JMS SALES, INC.,** a Pennsylvania : | |
| corporation; : | |
| **STEPHEN D. ALEARDI,** a/k/a **STEVE** : | |
| **ALEARDI,** individually and as an officer : | |
| of **FRANCHISE CONSULTANTS** : | |
| **CORPORATION, ICE AMERICA** : | |
| **CORPORATION, WATER ICE** : | |
| **SYSTEMS, INC., JMS SALES, INC.;** : | |
| and, **JOHN J. MORRONE, III,** : | |
| individually and as an officer of **ICE** : | |
| **AMERICA CORPORATION, WATER** : | |
| **ICE SYSTEMS, INC.,** and **JMS SALES** : | |
| **INC.** : | |
| Defendants. : | |

## O R D E R

**AND NOW,** this 16th day of December, 2002, the Court having received a joint status report from the parties, through counsel, dated December 16, 2002, in which report the parties stated that defendants have agreed to provide plaintiff with necessary financial information and sign the settlement agreement "promptly after the holidays," and requested an extension of time until January 10, 2003, to complete those matters, and the said joint status report of December

16, 2002, further reciting that "[a]s soon as Plaintiff receives the financial information and a proposed settlement agreement signed by all of the defendants, the parties will jointly move to place this matter in the court's Civil Suspense File while we await review of the proposed settlement by the Commission, a process that may take as long as three months," **IT IS ORDERED** that the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) on or before January 10, 2003, with respect to (a) signing of the settlement agreement and any other documents which require defendants' signature, (b) the providing of the requested financial information by defendants, and (c) the need for further proceedings.

The Court noting that in the status report plaintiff requested a scheduling conference in the event defendants do not provide the requested financial information and all of the signed settlement documents on or before January 10, 2003, **IT IS FURTHER ORDERED** that the Court will conduct a scheduling conference by telephone if defendants have not signed all of the necessary settlement documents and provided all of the necessary financial information to plaintiff on or before January 10, 2003.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**