IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **MORRONE'S WATER ICE, INC,** | : | NO. 02-3720 |
| a Pennsylvania Corporation; | : | |
| **FRANCHISE CONSULTANTS** | : | |
| **CORPORATION**, a Pennsylvania | : | |
| corporation, d/b/a, **FRANCHISE** | : | |
| **CONSULTANTS GROUP;** | : | |
| **ICE AMERICA CORPORATION,** | : | |
| a Pennsylvania corporation; | : | |
| **WATER ICE SYSTEMS, INC.,** | : | |
| A Pennsylvania corporation; | : | |
| **JMS SALES, INC.**, a Pennsylvania | : | |
| corporation; | : | |
| **STEPHEN D. ALEARDI, a/k/a STEVE** | : | |
| **ALEARDI, individually and as an officer** | : | |
| **of FRANCHISE CONSULTANTS** | : | |
| **CORPORATION, ICE AMERICA** | : | |
| **CORPORATION, WATER ICE** | : | |
| **SYSTEMS, INC., JMS SALES, INC.;** | : | |
| and, **JOHN J. MORRONE, III,** | : | |
| **individually and as an officer of ICE** | : | |
| **AMERICA CORPORATION, WATER** | : | |
| **ICE SYSTEMS, INC., and JMS SALES** | : | |
| **INC.** | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW,** this 13th day of January, 2003, upon consideration of Defendants' Combined

Motion for Protective Order and to Quash Subpoenas or in the Alternative, Motion to Modify *Ex*

*Parte* Temporary Restraining Order (Document No. 15, filed June 27, 2002), the Court having

received a joint status report from the parties, through counsel, dated January 10, 2003, in which

the parties reported that defendants signed the proposed settlement agreement, placed the agreed redress funds in escrow with counsel, and provided plaintiff with the financial information necessary to seek approval of the settlement by the Federal Trade Commission, and that as a result of those developments, the case could be placed in the Civil Suspense File while the parties await review of the proposed settlement by the Federal Trade Commission, and the Court by separate Order having transferred the case to the Civil Suspense File, **IT IS ORDERED** that Defendants' Combined Motion for Protective Order and to Quash Subpoenas or in the Alternative, Motion to Modify *Ex Parte* Temporary Restraining Order (Document No. 15) is **DENIED WITHOUT PREJUDICE** to the right of the defendants to ask the Court to reinstate the Motion in the event the Federal Trade Commission does not approve the settlement and/or the settlement is not consummated for any other reason.

                                                 **BY THE COURT:**

                                                 _____

                                                 **JAN E. DUBOIS, J.**