IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **MORRONE'S WATER ICE, INC,** | : | NO. 02-3720 |
| a Pennsylvania Corporation; | : | |
| **FRANCHISE CONSULTANTS** | : | |
| **CORPORATION,** a Pennsylvania | : | |
| corporation, d/b/a, **FRANCHISE** | : | |
| **CONSULTANTS GROUP;** | : | |
| **ICE AMERICA CORPORATION,** | : | |
| a Pennsylvania corporation; | : | |
| **WATER ICE SYSTEMS, INC.,** | : | |
| A Pennsylvania corporation; | : | |
| **JMS SALES, INC.,** a Pennsylvania | : | |
| corporation; | : | |
| **STEPHEN D. ALEARDI,** a/k/a **STEVE** | : | |
| **ALEARDI,** individually and as an officer | : | |
| of FRANCHISE CONSULTANTS | : | |
| CORPORATION, ICE AMERICA | : | |
| CORPORATION, WATER ICE | : | |
| SYSTEMS, INC., JMS SALES, INC.; | : | |
| and, **JOHN J. MORRONE, III,** | : | |
| individually and as an officer of ICE | : | |
| AMERICA CORPORATION, WATER | : | |
| ICE SYSTEMS, INC., and JMS SALES | : | |
| INC. | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW,** this 13th day of January, 2003, the Court having received a joint status report from the parties, through counsel, dated January 10, 2003, in which the parties reported that defendants signed the proposed settlement agreement, placed the agreed redress funds in escrow with counsel, and provided plaintiff with the financial information necessary to seek approval of

the settlement by the Federal Trade Commission, and that as a result of those developments, the case could be placed in the Civil Suspense File while the parties await review of the proposed settlement by the Federal Trade Commission,[1] the parties stating in the report that the settlement review process "may take three months or so," **IT IS ORDERED** as follows:

    1. The case shall be **TRANSFERRED** by the Clerk of Court to the **CIVIL SUSPENSE FILE**;

    2. All proceedings are **STAYED** until further order of the Court;

    3. The case shall be **MARKED CLOSED** for **STATISTICAL PURPOSES** by the Clerk of Court;

    4. The Court shall **RETAIN** jurisdiction and the case shall be **RETURNED** to the active docket after the Federal Trade Commission completes the settlement review process and issues its decision; and,

    5. The entry of this Order is **WITHOUT PREJUDICE** to the rights of the parties.

    **IT IS FURTHER ORDERED** that the parties, through counsel, shall **FILE** and **SERVE** joint status reports concerning the status of the settlement review process by the Federal Trade Commission at three (3) month intervals or more frequently if warranted by the circumstances. One (1) copy of each status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

    **IT IS FURTHER ORDERED** that the pending Motion in the case will be denied without prejudice by separate order. In the event the Federal Trade Commission does not

---

1. A copy of the January 10, 2003, joint status report shall be docketed.

approve the settlement and/or the settlement is not consummated for any other reason, the

Motion may be reinstated by letter to the Court, explaining the circumstances.

                                                  **BY THE COURT:**

                                                  _____

                                                  **JAN E. DUBOIS, J.**