IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **MORRONE'S WATER ICE, INC,** | : | NO. 02-3720 |
| a Pennsylvania Corporation; | : | |
| **FRANCHISE CONSULTANTS** | : | |
| **CORPORATION,** a Pennsylvania | : | |
| corporation, d/b/a, **FRANCHISE** | : | |
| **CONSULTANTS GROUP;** | : | |
| **ICE AMERICA CORPORATION,** | : | |
| a Pennsylvania corporation; | : | |
| **WATER ICE SYSTEMS, INC.,** | : | |
| A Pennsylvania corporation; | : | |
| **JMS SALES, INC.,** a Pennsylvania | : | |
| corporation; | : | |
| **STEPHEN D. ALEARDI, a/k/a STEVE** | : | |
| **ALEARDI,** individually and as an officer | : | |
| of FRANCHISE CONSULTANTS | : | |
| CORPORATION, ICE AMERICA | : | |
| CORPORATION, WATER ICE | : | |
| SYSTEMS, INC., JMS SALES, INC.; | : | |
| and, **JOHN J. MORRONE, III,** | : | |
| individually and as an officer of ICE | : | |
| AMERICA CORPORATION, WATER | : | |
| ICE SYSTEMS, INC., and JMS SALES | : | |
| INC. | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this 11th day of April, 2003, plaintiff, Federal Trade Commission, having reported to the Court by facsimile transmission on said date that the Commission had given its formal approval to the Stipulated Judgment and Order for Permanent Injunction and that such document would be submitted to the Clerk of Court for filing on April 14, 2003, and the Court noting that the case was transferred to the Civil Suspense File by Order dated January 13, 2003, it

appearing to the Court that the matter may now proceed to final disposition by the filing of the Stipulated Judgment and Order for Permanent Injunction, **IT IS ORDERED** that the case is **TRANSFERRED** from the Civil Suspense File to the Court's active docket.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**